Gregory J. Hughes #071288
Christopher D. Hughes #254864
**HUGHES LAW CORPORATION**
3017 Douglas Boulevard, Suite 300
Roseville, California 95661
Telephone: (916) 774-7506
Email: hughes@hugheslc.com

Attorney for Plaintiff Michael F. Burkart,
Chapter 7 Trustee

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re | |
| VINCENT THAKUR SINGH, dba PERFECT FINANCIAL GROUP, INC., dba AAMCO STOCKTON, INC., dba AAMCO ORANGEVALE, INC., fdba ACCEPTANCE CAPITAL, fdba PERFECT MORTGAGE and MALANIE GAY SINGH | Case No.:   10-42050-D-7<br><br>Chapter 7<br><br>Case No. 2:15-CV-918 JAM |
| Debtors. | |
| MICHAEL F. BURKART, CHAPTER 7 TRUSTEE | Adv. Pro. Nos.:   12-02501-D |
| Plaintiff<br>v.<br>PRABEEN SINGH<br>Defendant | **AMENDED JUDGMENT IN A CIVIL CASE** |

This action came before the court for review of Bankruptcy Judge Bardwil's Findings and Recommendations. The issues having been considered, and a decision having been rendered,

///

- 1

IT IS ORDERED AND ADJUDGED that judgment is hereby entered in the amount of $10,436, in favor of Plaintiff Michael F. Burkart and against Defendant Prabeen Singh.

Dated:  8/10/2015

/s/ John A. Mendez_____

John A. Mendez, U.S. District Court Judge